OFFICE OF THE CLERK

**MARCIA M. WALDRON**          **UNITED STATES COURT OF APPEALS**          TELEPHONE

**CLERK**                              FOR THE THIRD CIRCUIT                    215-597-2995



21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

January 25, 2013

Alan Gura Esq.
David D. Jensen Esq.
Adam K. Levin Esq.
Robert T. Lougy Esq.
Mary E. Wood Esq.

RE: Jeffrey Muller v. Philip Maenza
Case Number: 12-1150
District Case Number: 2-10-cv-06110

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, February 12, 2013**.  Counsel will be allotted **30 minutes** oral argument time for each side, pursuant to 3rd Cir. LAR 34.1(a). Court will convene at **1:00 P.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom, (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA)** Counsel who will present oral argument should register with the Court Crier <u>in the courtroom</u> 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany Washington*

Tiffany Washington, Calendar Clerk
267-299-4905

MMW/TLW

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **HARDIMAN and \*ALDISERT, Circuit Judges and \*\*STARK, District Judge**

**\*Participating via video-conference.**

**\*\* (Hon. Leonard P. Stark, District Judge for the District Court of Delaware, sitting by designation)**