UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-1150**

Drake v Filko

(D.N.J. No. 10-cv-06110)

**ORDER**

In light of the Court's order dismissing Piszczatoski and upon further review of the current caption, the caption is amended as follows:

JOHN M. DRAKE; GREGORY C. GALLAHER; LENNY S. SALERNO; FINLEY FENTON; SECOND AMENDMENT FOUNDATION, INC.; ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,
                                    Appellants

v.

THE HON. RUDOLPH A. FILKO, in his Official Capacity as Judge of the Superior Court of Passaic County;
HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;
THE HON. THOMAS V. MANAHAN, in his Official Capacity as Judge of the Superior Court of Morris County;
SUPERINTENDENT NEW JERSEY STATE POLICE; CHIEF RICHARD COOK, in his Official Capacity as Chief of the Montville, New Jersey Police Department;
ATTORNEY GENERAL OF NEW JERSEY;
ROBERT JONES, in his official capacity as Chief of the Hammonton, New Jersey Police Department

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: April 10, 2013
tmk/cc:
Adam K. Levin, Esq.
Mary E. Wood, Esq.
Robert T. Lougy, Esq.
David D. Jensen, Esq.
Alan Gura, Esq.